1  FRANKLIN J. LOVE, Bar #80334
2  LAW OFFICE OF FRANKLIN J. LOVE
   800 S. Barranca Ave., Ste. 100
3  Covina, California 91723
4  (626)653-0455

5                 **UNITED STATES DISTRICT COURT**
                  **CENTRAL DISTRICT OF CALIFORNIA**
6

7

8
   ENTERTAINMENT BY J&J, INC.      )    01-CV-09377-HLH (Rzx)
9                                  )
                                   )
10        Plaintiff,               )    **RENEWAL OF DEFAULT JUDGMENT**
                                   )    **BY CLERK**
11     vs.                         )
                                   )
12 ANTHONY ALBONA individually     )
13 and dba ALBONA'S BROOKLYN       )
   PIZZERIA aka ANTHONY'S          )
14 BROOKLYN PIZZERIA, jointly      )
15 and severally                   )
                                   )
16        Defendant               )
   _____)

17     Based upon the Application for Renewal of Judgment of the

18

19 original judgment, and pursuant to F.R.C.P. 69 (a) and C.C.P.

20 639.110 through 683.320 and good cause appearing, therefore:

21

22     The default judgment entered on April 16, 2002 against

23 defendant, **ANTHONY ALBONA individually and dba ALBONA'S BROOKLYN**

24

25 **PIZZERIA aka ANTHONY'S BROOKLYN PIZZERIA, jointly and severally**

26 is hereby renewed on the amounts set forth below:

27

28
   Page 1 of 2                           RENEWAL OF DEFAULT JUDGMENT
                                         Case No. 01-CV-09377-HLH (RZx)

**RENEWAL OF MONEY JUDGMENT**

| | |
|---|---:|
| a. Total judgment | $10,302.20 |
| b. Costs after judgment | 0.00 |
| c. Attorney fees | 0.00 |
| d. Subtotal (add a thru c) | 10,302.20 |
| e. Credits after Judgment | 0.00 |
| f. Subtotal (substract e from d) | 10,302.20 |
| g. Interest after judgment | 2,562.84 |
| h. Fee for filing renewal | 0.00 |
| i. **Total renewed judgment** | **12,865.04** |

**DATED:** _____03/30/12_____        **Clerk by**___Lori Muraoka, Deputy Clerk___

U.S. District Court

RENEWAL OF DEFAULT JUDGMENT
Case No. 01-CV-09377-HLH (RZx)